No. 85–7171.  VOGEL *v.* NICKS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–58.  FRED S. JAMES & CO. OF TEXAS, INC. *v.* EQUILEASE CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–142.  CITY OF MONTGOMERY ET AL. *v.* BENJAMIN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–151.  NEW YORK *v.* MATTISON.  Ct. App. N. Y.  Certiorari denied.

No. 86–241.  FIELDS ET AL. *v.* ROCKDALE COUNTY, GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–254.  BETHLEHEM STEEL CORP. *v.* PEMBERTON; and
No. 86–444.  PEMBERTON *v.* BETHLEHEM STEEL CORP.  Ct. Sp. App. Md.  Certiorari denied.  Reported below: 66 Md. App. 133, 502 A. 2d 1101.

No. 86–271.  HOLLOWAY *v.* WALKER, JUDGE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–275.  BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. *v.* STEIN; and
No. 86–533.  STEIN *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.  Reported below: 792 F. 2d 13.

No. 86–285.  DOYLE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–294.  PERDUE ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–330.  LE BEAU *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 86–334.  ENSIGN ELECTRIC DIVISION OF HARVEY HUBBELL INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 4th Cir.  Certiorari denied.